IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONTEE LAVON MOORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 11 C 2327 |
| VENDOR/ARAMARK CORRECTIONAL FOOD SERVICES, et al., | ) |
| Defendants. | ) |

<u>SUPPLEMENT TO MEMORANDUM OPINION AND ORDER</u>

This Court's June 30, 2011 memorandum opinion and order ("Opinion"), which dealt in part with the Answer and Affirmative Defenses ("ADs") filed by Sheriff Tom Dart ("Dart") in response to the pro se Complaint brought by Montee Lavon Moore ("Moore") against Dart and other defendants, inadvertently omitted to address what may be the most critical aspect of Dart's response.

Dart's AD 5 asserts that Moore failed to exhaust all available administrative remedies before filing suit--a subject as to which this Court's earliest memorandum order (issued April 12, 2011) had raised a question. Because Dart's AD 5 contention, if true, would be fatal to Moore's lawsuit (see 42 U.S.C. §1997e(a)) but is insufficiently informative as filed, Dart is ordered to file on or before July 18, 2011 a statement (with appropriate documentary support) reflecting:

1. Moore's March 8, 2011 grievance and the March 22 response, both referred to in AD 5;

2. the regulation that requires an appeal from the

denial of the grievance within 14 days, as AD 5 states; and

    3. if Moore is no longer a pretrial detainee at the Cook County Jail, a statement (supported by appropriate authority) as to how (if at all) that may bear on the applicability of Section 1397e(a).

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  July 6, 2011